```
VIRGIL V FERNANDO              7122 LOCUST STREET        UPPER DARBY, PA   19082    Check No:    3210  Date: 03/27/20
EMP#   14                  Type     Hours    Rate    Earnings  Ded Type    Amount      YTD                This Pay        YTD
CLOCK# 000014              REGULAR   56.00   16.5000   924.00  Chk-        1074.23    0.00  EARNINGS       1320.00     9235.75
DEPT# 000100               VACATION  16.00   16.5000   264.00   Total:     1074.23    0.00  FEDERAL          88.28      612.65
FED M    0                 PERSONAL   8.00   16.5000   132.00                               MEDICARE         19.14      133.92
PA  M    0                                                                                  SOC SEC          81.84      572.62
PA-EUC                                                                                      PA               40.52      283.52
PA LOCAL W-UPPER PROVID                                                                     PAEUC             0.79        5.53
PA LOCAL R-UPPER DARBY                                                                      PALS461704        2.00       14.00
                                                                                            UPPER PROVID-W   13.20       92.36
       Earned    Used  Avail
 PERS-172.00    8.00-180.00
 SICK    0.00   0.00  -8.00
 HOLI    0.00  36.00-348.00
 VACA-491.00   16.00-507.00
                                                                                            Net Pay:       1074.23
PD HOME AND GARDEN LLC  PO BOX 1219   OAKS,PA 19456                                 Period Start:03/07/20
Key: ckyN-eJHJ-qChM-fh3h                                                            Period End:  03/20/20   PrimePay


VIRGIL V FERNANDO              7122 LOCUST STREET        UPPER DARBY, PA   19082    Check No:    3229  Date: 04/10/20
EMP#   14                  Type     Hours    Rate    Earnings  Ded Type    Amount      YTD                This Pay        YTD
CLOCK# 000014              REGULAR   40.00   16.5000   660.00  Chk-        1074.23    0.00  EARNINGS       1320.00    10555.75
DEPT# 000100               VACATION  40.00   16.5000   660.00   Total:     1074.23    0.00  FEDERAL          88.28      700.93
FED M    0                                                                                  MEDICARE         19.14      153.06
PA  M    0                                                                                  SOC SEC          81.84      654.46
PA-EUC                                                                                      PA               40.52      324.04
PA LOCAL W-UPPER PROVID                                                                     PAEUC             0.79        6.32
PA LOCAL R-UPPER DARBY                                                                      PALS461704        2.00       16.00
                                                                                            UPPER PROVID-W   13.20      105.56
       Earned    Used  Avail
 PERS-172.00    8.00-180.00
 SICK    0.00   0.00  -8.00
 HOLI    0.00  36.00-348.00
 VACA-491.00   56.00-547.00
                                                                                            Net Pay:       1074.23
PD HOME AND GARDEN LLC  PO BOX 1219   OAKS,PA 19456                                 Period Start:03/21/20
Key: ckyN-eJHJ-qChM-fh3h                                                            Period End:  04/03/20   PrimePay
```

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 14<br>CLOCK# 000014<br>DEPT# 000100<br>FED M  0<br>PA  M  0<br>PA-EUC<br>PA LOCAL W-UPPER PROVID<br>PA LOCAL R-UPPER DARBY | REGULAR | 79.50 | 16.5000 | 1311.75 | Chk-<br>Total: | 1067.93<br>1067.93 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>PA<br>PAEUC<br>PALS461704<br>UPPER PROVID-W | 1311.75<br>87.29<br>19.02<br>81.33<br>40.27<br>0.79<br>2.00<br>13.12 | 5275.75<br>347.81<br>76.50<br>327.10<br>161.96<br>3.16<br>8.00<br>52.76 |

| Earned | Used | Avail |
|---|---|---|
| PERS-172.00 | 0.00 | -172.00 |
| SICK  0.00 | 0.00 | -8.00 |
| HOLI  0.00 | 36.00 | -348.00 |
| VACA-491.00 | 0.00 | -491.00 |

Net Pay: 1067.93

PD HOME AND GARDEN LLC  PO BOX 1219  OAKS,PA 19456
Key: ckyN-eJHJ-qChM-fh3h

Period Start: 01/25/20
Period End: 02/07/20  **PrimePay**

---

VIRGIL V FERNANDO     7122 LOCUST STREET     UPPER DARBY, PA  19082     Check No: 3169  Date: 02/28/20

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 14<br>CLOCK# 000014<br>DEPT# 000100<br>FED M  0<br>PA  M  0<br>PA-EUC<br>PA LOCAL W-UPPER PROVID<br>PA LOCAL R-UPPER DARBY | REGULAR | 80.00 | 16.5000 | 1320.00 | Chk-<br>Total: | 1074.23<br>1074.23 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>PA<br>PAEUC<br>PALS461704<br>UPPER PROVID-W | 1320.00<br>88.28<br>19.14<br>81.84<br>40.52<br>0.79<br>2.00<br>13.20 | 6595.75<br>436.09<br>95.64<br>408.94<br>202.48<br>3.95<br>10.00<br>65.96 |

| Earned | Used | Avail |
|---|---|---|
| PERS-172.00 | 0.00 | -172.00 |
| SICK  0.00 | 0.00 | -8.00 |
| HOLI  0.00 | 36.00 | -348.00 |
| VACA-491.00 | 0.00 | -491.00 |

Net Pay: 1074.23

PD HOME AND GARDEN LLC  PO BOX 1219  OAKS,PA 19456
Key: ckyN-eJHJ-qChM-fh3h

Period Start: 02/08/20
Period End: 02/21/20  **PrimePay**

---

VIRGIL V FERNANDO     7122 LOCUST STREET     UPPER DARBY, PA  19082     Check No: 3190  Date: 03/13/20

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 14<br>CLOCK# 000014<br>DEPT# 000100<br>FED M  0<br>PA  M  0<br>PA-EUC<br>PA LOCAL W-UPPER PROVID<br>PA LOCAL R-UPPER DARBY | REGULAR | 80.00 | 16.5000 | 1320.00 | Chk-<br>Total: | 1074.23<br>1074.23 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>PA<br>PAEUC<br>PALS461704<br>UPPER PROVID-W | 1320.00<br>88.28<br>19.14<br>81.84<br>40.52<br>0.79<br>2.00<br>13.20 | 7915.75<br>524.37<br>114.78<br>490.78<br>243.00<br>4.74<br>12.00<br>79.16 |

| Earned | Used | Avail |
|---|---|---|
| PERS-172.00 | 0.00 | -172.00 |
| SICK  0.00 | 0.00 | -8.00 |
| HOLI  0.00 | 36.00 | -348.00 |
| VACA-491.00 | 0.00 | -491.00 |

Net Pay: 1074.23

PD HOME AND GARDEN LLC  PO BOX 1219  OAKS,PA 19456
Key: ckyN-eJHJ-qChM-fh3h

Period Start: 02/22/20
Period End: 03/06/20  **PrimePay**

ENDORSE CHECK HERE
X _____

DO NOT W:
RESERVE

Security Features
Security Mark
Genuine Watermark
Security Tint background
Iridescent background
Invisible fibers
Microprinting
Security Box
Chemical Sensitization
Heat sensitive ink
Warning Verbiage
®Padlock design is a certific
*FEDERAL RESERV;

| VIRGIL V FERNANDO | | 7122 LOCUST STREET | | | UPPER DARBY, PA 19082 | | | Check No: 3090 Date: 01/03/20 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD This Pay | YTD |
| EMP# 14 | | REGULAR | 52.25 | 12.0000 | 636.00 | Chk- | 1046.78 | 0.00 EARNINGS 1284.00 | 1284.00 |
| CLOCK# 000014 | | HOLIDAY | 28.00 | 16.0000 | 448.00 | Total: | 1046.78 | 0.00 FEDERAL 83.96 | 83.96 |
| DEPT# 000100 | | | | | | | | MEDICARE 18.62 | 18.62 |
| FED M 0 | | | | | | | | SOC SEC 79.61 | 79.61 |
| PA M 0 | | | | | | | | PA 39.42 | 39.42 |
| PA-EUC | | | | | | | | PAEUC 0.77 | 0.77 |
| PA LOCAL W-UPPER PROVID | | | | | | | | PALS461704 2.00 | 2.00 |
| PA LOCAL R-UPPER DARBY | | | | | | | | UPPER PROVID-W 12.84 | 12.84 |

| Earned | Used | Avail |
|---|---|---|
| PERS-132.00 | 40.00 | -172.00 |
| SICK 0.00 | 0.00 | -8.00 |
| HOLI 0.00 | 28.00 | -340.00 |
| VACA-291.00 | 200.00 | -491.00 |

Net Pay: 1046.78

PD HOME AND GARDEN LLC  PO BOX 1219  OAKS,PA 19456
Key: Aj4q-7Ttx-HEQr-EP3h

Period Start: 12/14/19
Period End: 12/27/19   PrimePay

---

| VIRGIL V FERNANDO | | 7122 LOCUST STREET | | | UPPER DARBY, PA 19082 | | | Check No: 3110 Date: 01/17/20 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD This Pay | YTD |
| EMP# 14 | | REGULAR | 72.00 | 16.5000 | 1188.00 | Chk- | 1074.23 | 0.00 EARNINGS 1320.00 | 2644.00 |
| CLOCK# 000014 | | HOLIDAY | 8.00 | 16.5000 | 132.00 | Total: | 1074.23 | 0.00 FEDERAL 88.28 | 172.24 |
| DEPT# 000100 | | | | | | | | MEDICARE 19.14 | 38.34 |
| FED M 0 | | | | | | | | SOC SEC 81.84 | 163.93 |
| PA M 0 | | | | | | | | PA 40.52 | 81.17 |
| PA-EUC | | | | | | | | PAEUC 0.79 | 1.58 |
| PA LOCAL W-UPPER PROVID | | | | | | | | PALS461704 2.00 | 4.00 |
| PA LOCAL R-UPPER DARBY | | | | | | | | UPPER PROVID-W 13.20 | 26.44 |

| Earned | Used | Avail |
|---|---|---|
| PERS-132.00 | 40.00 | -172.00 |
| SICK 0.00 | 0.00 | -8.00 |
| HOLI 0.00 | 36.00 | -348.00 |
| VACA-291.00 | 200.00 | -491.00 |

Net Pay: 1074.23

PD HOME AND GARDEN LLC  PO BOX 1219  OAKS,PA 19456
Key: ckyN-eJHJ-qChM-fh3h

Period Start: 12/28/19
Period End: 01/10/20   PrimePay

---

| VIRGIL V FERNANDO | | 7122 LOCUST STREET | | | UPPER DARBY, PA 19082 | | | Check No: 3130 Date: 01/31/20 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD This Pay | YTD |
| EMP# 14 | | REGULAR | 80.00 | 16.5000 | 1320.00 | Chk- | 1074.23 | 0.00 EARNINGS 1320.00 | 3964.00 |
| CLOCK# 000014 | | | | | | Total: | 1074.23 | 0.00 FEDERAL 88.28 | 260.52 |
| DEPT# 000100 | | | | | | | | MEDICARE 19.14 | 57.48 |
| FED M 0 | | | | | | | | SOC SEC 81.84 | 245.77 |
| PA M 0 | | | | | | | | PA 40.52 | 121.69 |
| PA-EUC | | | | | | | | PAEUC 0.79 | 2.37 |
| PA LOCAL W-UPPER PROVID | | | | | | | | PALS461704 2.00 | 6.00 |
| PA LOCAL R-UPPER DARBY | | | | | | | | UPPER PROVID-W 13.20 | 39.64 |

| Earned | Used | Avail |
|---|---|---|
| PERS-172.00 | 0.00 | -172.00 |
| SICK 0.00 | 0.00 | -8.00 |
| HOLI 0.00 | 36.00 | -348.00 |
| VACA-491.00 | 0.00 | -491.00 |

Net Pay: 1074.23

PD HOME AND GARDEN LLC  PO BOX 1219  OAKS,PA 19456
Key: ckyN-eJHJ-qChM-fh3h

Period Start: 01/11/20
Period End: 01/24/20   PrimePay



### SPECIAL INFORMATION

| | | |
|---|---|---|
| PTO/VAC TAKEN PAY PD | TAX STATUS: M | CHECK NO: 20359252 |
| PTO/VAC AVAILABLE 91.00 | EXEMPTIONS: FED: 00 STATE: 00 | CHECK DATE: 4/09/2020 |
| PTO/VAC TAKEN YTD | STATE CODE: PA | PERIOD ENDING: 4/02/2020 |
| | ADD'L W/H: | PAY FREQUENCY: B |
| | | PRIMARY JOB BASE RATE: 22.5000 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1061.98 | 53.10 | 1008.88 | 190.31 | 818.57 | |
| Y-T-D | 12563.83 | 852.81 | 11711.02 | 2501.61 | 9209.41 | |

#### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REG CLOSUR | 20.00 | 22.5000 | 450.00 | 33.00 | 742.50 |
| REG CLOSUR | 28.00 | 5.2020 | 145.66 | 47.00 | 244.50 |
| REGULAR | | | | 412.00 | 3308.06 |
| OVERTIME | | | | 2.75 | 36.64 |
| REG HR JB2 | | | | 75.25 | 383.78 |
| OT HRS JB2 | | | | .25 | 2.18 |
| TRAINING | | | | 24.00 | 400.80 |
| TOKES | | | | 430.00 | 6658.09 |
| ER PD TIP | | | 466.32 | | 782.75 |
| RETRO REG | | | | | 4.49 |
| RETRO OT | | | | | .04 |
| TOTAL | 48.00 | | 1061.98 | 1024.25 | 12563.83 |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 55.12 | 848.56 |
| FICA TAXES | 81.23 | 942.65 |
| PA EMER TX | 2.00 | 16.00 |
| PA LCL TAX | 25.19 | 332.08 |
| PA ST TAX | 28.13 | 370.78 |
| UNEMPLOYMT | .64 | 7.54 |
| SRPB PTAX | 53.10 | 611.31 |
| DEP LIFE | | 16.59 |
| DENTAL | | 28.00 |
| MEDICAL | | 196.00 |
| VISION | | 17.50 |
| DIRECT DEP | 816.57 | 9176.82 |
| TOTAL | 1061.98 | 12563.83 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

CHESTER CASINO & RACETRACK
ONE HARRAH'S COURT
LAS VEGAS, NV 89119

NO. 20359252
DATE 4/09/2020

| AMOUNT |
|---|
| $******816.57* |

**NAME**
GEMMA MEDINA FERNANDO
7122 LOCUST STREET
UPPER DARBY, PA 19082
****072319268

DIRECT DEPOSIT ACCOUNT

## NON-NEGOTIABLE

**DIRECT DEPOSIT ADVICE**          **HARRAH'S OPERATING COMPANY, INC.**



PROPERTY: L10   DEPT NO: 00102
BULLETIN BOARD

### SPECIAL INFORMATION

| | | |
|---|---|---|
| PTO/VAC TAKEN PAY PD | TAX STATUS: M | CHECK NO: 20357163 |
| PTO/VAC AVAILABLE | EXEMPTIONS: FED: 00 STATE: 00 | CHECK DATE: 3/12/2020 |
| PTO/VAC TAKEN YTD 46.00 | STATE CODE: PA | PERIOD ENDING: 3/05/2020 |
| | ADD'L W/H: | PAY FREQUENCY: B |
| | | PRIMARY JOB BASE RATE: 22.5000 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1785.04 | 123.75 | 1661.29 | 366.10 | 1295.19 | |
| Y-T-D | 9757.82 | 678.01 | 9079.81 | 1961.17 | 7118.64 | |

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 28.00 | 22.5000 | 630.00 | 396.00 | 2948.06 |
| OVERTIME | | | | 2.75 | 36.64 |
| REG HR JB2 | 44.00 | 5.1000 | 224.40 | 44.00 | 224.40 |
| OT HRS JB2 | .25 | 8.7250 | 2.18 | .25 | 2.18 |
| TRAINING | 8.00 | 5.1000 | 40.80 | 24.00 | 400.80 |
| TOKES | 52.25 | | 887.66 | 398.75 | 6145.74 |
| TOTAL | 132.50 | | 1785.04 | 865.75 | 9757.82 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 129.24 | 668.88 |
| FICA TAXES | 133.92 | 730.64 |
| PA EMER TX | 2.00 | 12.00 |
| PA LCL TAX | 48.13 | 262.60 |
| PA ST TAX | 53.74 | 293.20 |
| UNEMPLOYMT | 1.07 | 5.85 |
| SRPB PTAX | 89.25 | 471.01 |
| DEP LIFE | 2.37 | 14.22 |
| DENTAL | 4.00 | 24.00 |
| MEDICAL | 28.00 | 168.00 |
| VISION | 2.50 | 15.00 |
| DIRECT DEP | 1290.82 | 7092.42 |
| TOTAL | 1785.04 | 9757.82 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.



CHESTER CASINO & RACETRACK
ONE HARRAH'S COURT
LAS VEGAS, NV 89119

VOID

NO. 20357163
DATE 3/12/2020

| AMOUNT |
|---|
| $*****1290.82* |

**NAME**
GEMMA MEDINA FERNANDO
7122 LOCUST STREET
UPPER DARBY, PA 19082
****072319268

DIRECT DEPOSIT ACCOUNT

# NON-NEGOTIABLE

**DIRECT DEPOSIT ADVICE**         **HARRAH'S OPERATING COMPANY, INC.**

PROPERTY: L10    DEPT NO: 00102
BULLETIN BOARD

### SPECIAL INFORMATION

| | | | |
|---|---|---|---|
| PTO/VAC TAKEN PAY PD | TAX STATUS: M | CHECK NO: | 20356112 |
| PTO/VAC AVAILABLE | EXEMPTIONS: FED: 00  STATE: 00 | CHECK DATE: | 2/27/2020 |
| PTO/VAC TAKEN YTD  46.00 | STATE CODE: PA | PERIOD ENDING: | 2/20/2020 |
| | ADD'L W/H: | PAY FREQUENCY: B | |
| | | PRIMARY JOB BASE RATE: | 22.5000 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1709.74 | 119.99 | 1589.75 | 347.33 | 1242.42 | |
| Y-T-D | 7972.78 | 554.26 | 7418.52 | 1595.07 | 5823.45 | |

#### HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 40.00 | 5.2020 | 208.08 | 368.00 | 2318.06 |
| REGULAR | 24.00 | 22.5000 | 540.00 | | |
| OVERTIME | .25 | 33.7500 | 8.44 | 2.75 | 36.64 |
| OVERTIME | .25 | 33.7500 | 8.44 | | |
| TRAINING | 16.00 | 22.5000 | 360.00 | 16.00 | 360.00 |
| TOKES | 40.25 | | 584.78 | 346.50 | 5258.08 |
| TOTAL | 120.75 | | 1709.74 | 733.25 | 7972.78 |

#### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 120.65 | 539.64 |
| FICA TAXES | 128.16 | 596.72 |
| PA EMER TX | 2.00 | 10.00 |
| PA LCL TAX | 46.06 | 214.47 |
| PA ST TAX | 51.43 | 239.46 |
| UNEMPLOYMT | 1.03 | 4.78 |
| SRPB PTAX | 85.49 | 381.76 |
| DEP LIFE | 2.37 | 11.85 |
| DENTAL | 4.00 | 20.00 |
| MEDICAL | 28.00 | 140.00 |
| VISION | 2.50 | 12.50 |
| DIRECT DEP | 1238.05 | 5801.60 |
| TOTAL | 1709.74 | 7972.78 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

CHESTER CASINO & RACETRACK
ONE HARRAH'S COURT
LAS VEGAS, NV 89119

NO.  20356112
DATE  2/27/2020

| AMOUNT |
|---|
| $*****1238.05* |

**NAME**
GEMMA MEDINA FERNANDO
7122 LOCUST STREET
UPPER DARBY, PA  19082
****072319268

**DIRECT DEPOSIT ACCOUNT**

**NON-NEGOTIABLE**

**DIRECT DEPOSIT ADVICE**          **HARRAH'S OPERATING COMPANY, INC.**

PROPERTY: L10    DEPT NO: 00102
BULLETIN BOARD

| SPECIAL INFORMATION | | | | |
|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | CHECK NO: | 20355062 |
| PTO/VAC AVAILABLE | | EXEMPTIONS: FED: 00  STATE: 00 | CHECK DATE: | 2/13/2020 |
| PTO/VAC TAKEN YTD | 46.00 | STATE CODE: PA | PERIOD ENDING: | 2/06/2020 |
| | | ADD'L W/H: | PAY FREQUENCY: | B |
| | | | PRIMARY JOB BASE RATE: | 5.2020 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1557.61 | 112.38 | 1445.23 | 309.39 | 1135.84 | |
| Y-T-D | 6263.04 | 434.27 | 5828.77 | 1247.74 | 4581.03 | |

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT RATE | EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 80.00 | 5.2020 | 416.16 | 304.00 | 1569.98 |
| OVERTIME | | | | 2.25 | 19.76 |
| TOKES | 80.00 | | 1141.45 | 306.25 | 4673.30 |
| TOTAL | 160.00 | | 1557.61 | 612.50 | 6263.04 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 103.31 | 418.99 |
| FICA TAXES | 116.51 | 468.56 |
| PA EMER TX | 2.00 | 8.00 |
| PA LCL TAX | 41.88 | 168.41 |
| PA ST TAX | 46.76 | 188.03 |
| UNEMPLOYMT | .93 | 3.75 |
| SRPB PTAX | 77.88 | 296.27 |
| DEP LIFE | 2.37 | 9.48 |
| DENTAL | 4.00 | 16.00 |
| MEDICAL | 28.00 | 112.00 |
| VISION | 2.50 | 10.00 |
| DIRECT DEP | 1131.47 | 4563.55 |
| TOTAL | 1557.61 | 6263.04 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

CHESTER CASINO & RACETRACK
ONE HARRAH'S COURT
LAS VEGAS, NV 89119

VOID

NO.  20355062
DATE  2/13/2020

| AMOUNT |
|---|
| $*****1131.47* |

NAME    GEMMA MEDINA FERNANDO
7122 LOCUST STREET
UPPER DARBY, PA  19082
****072319268

DIRECT DEPOSIT ACCOUNT

**NON-NEGOTIABLE**

**DIRECT DEPOSIT ADVICE**                    **HARRAH'S OPERATING COMPANY, INC.**

PROPERTY: L10    DEPT NO: 00102
BULLETIN BOARD

| SPECIAL INFORMATION | | | | | |
|---|---|---|---|---|---|
| PTO/VAC TAKEN PAY PD | | TAX STATUS: M | | CHECK NO: | 20353881 |
| PTO/VAC AVAILABLE | | EXEMPTIONS: FED: 00 STATE: 00 | | CHECK DATE: | 1/30/2020 |
| PTO/VAC TAKEN YTD | 46.00 | STATE CODE: PA | | PERIOD ENDING: | 1/23/2020 |
| | | ADD'L W/H: | | PAY FREQUENCY: | B |
| | | | | PRIMARY JOB BASE RATE: | 5.2020 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1568.20 | 112.91 | 1455.29 | 312.04 | 1143.25 | |
| Y-T-D | 4705.43 | 321.89 | 4383.54 | 938.35 | 3445.19 | |

HOURS AND EARNINGS | | | | | | TAXES AND DEDUCTIONS | | |

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 80.00 | 5.2020 | 416.16 | 224.00 | 1153.82 | FEDERAL TX | 104.52 | 315.68 |
| OVERTIME | .50 | 8.8270 | 4.41 | 2.25 | 19.76 | FICA TAXES | 117.33 | 352.05 |
| TOKES | 80.50 | | 1147.63 | 226.25 | 3531.85 | PA EMER TX | 2.00 | 6.00 |
| | | | | | | PA LCL TAX | 42.17 | 126.53 |
| | | | | | | PA ST TAX | 47.08 | 141.27 |
| | | | | | | UNEMPLOYMT | .94 | 2.82 |
| | | | | | | SRPB PTAX | 78.41 | 218.39 |
| | | | | | | DEP LIFE | 2.37 | 7.11 |
| | | | | | | DENTAL | 4.00 | 12.00 |
| | | | | | | MEDICAL | 28.00 | 84.00 |
| | | | | | | VISION | 2.50 | 7.50 |
| | | | | | | DIRECT DEP | 1138.88 | 3432.08 |
| TOTAL | 161.00 | | 1568.20 | 452.50 | 4705.43 | TOTAL | 1568.20 | 4705.43 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

CHESTER CASINO & RACETRACK
ONE HARRAH'S COURT
LAS VEGAS, NV 89119

VOID

NO. 20353881
DATE 1/30/2020

| AMOUNT |
|---|
| $*****1138.88* |

**NAME**    GEMMA MEDINA FERNANDO
7122 LOCUST STREET
UPPER DARBY, PA 19082
****072319268

DIRECT DEPOSIT ACCOUNT

**NON-NEGOTIABLE**

**DIRECT DEPOSIT ADVICE**          **HARRAH'S OPERATING COMPANY, INC.**

PROPERTY: L10    DEPT NO: 00102
BULLETIN BOARD

If you do not opt-in to receive your W-2 electronically by January 16th, your W-2 will be mailed to your home address on record. Please log onto https://caesars.docagent.net to update your W-2 opt-in as well as your home address.

SPECIAL INFORMATION

| | | | |
|---|---|---|---|
| PTO/VAC TAKEN PAY PD | TAX STATUS: M | CHECK NO: | 20352840 |
| PTO/VAC AVAILABLE | EXEMPTIONS: FED: 00 STATE: 00 | CHECK DATE: | 1/16/2020 |
| PTO/VAC TAKEN YTD  46.00 | STATE CODE: PA | PERIOD ENDING: | 1/09/2020 |
| | ADD'L W/H: | PAY FREQUENCY: | B |
| | | PRIMARY JOB BASE RATE: | 5.2020 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1448.59 | 106.93 | 1341.66 | 282.21 | 1059.45 | |
| Y-T-D | 3137.23 | 208.98 | 2928.25 | 626.31 | 2301.94 | |

HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT EARNINGS | HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|---|
| REGULAR | 32.00 | 5.1000 | 163.20 | 144.00 | 737.66 |
| REGULAR | 32.00 | 5.2020 | 166.46 | | |
| OVERTIME | .75 | 8.8270 | 6.62 | 1.75 | 15.35 |
| TOKES | 64.75 | | 1112.31 | 145.75 | 2384.22 |
| TOTAL | 129.50 | | 1448.59 | 291.50 | 3137.23 |

TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 90.88 | 211.16 |
| FICA TAXES | 108.17 | 234.72 |
| PA EMER TX | 2.00 | 4.00 |
| PA LCL TAX | 38.88 | 84.36 |
| PA ST TAX | 43.41 | 94.19 |
| UNEMPLOYMT | .87 | 1.88 |
| SRFB PTAX | 72.43 | 139.98 |
| DEP LIFE | 2.37 | 4.74 |
| DENTAL | 4.00 | 8.00 |
| MEDICAL | 28.00 | 56.00 |
| VISION | 2.50 | 5.00 |
| DIRECT DEP | 1055.08 | 2293.20 |
| TOTAL | 1448.59 | 3137.23 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

CHESTER CASINO & RACETRACK
ONE HARRAH'S COURT
LAS VEGAS, NV 89119

VOID

NO. 20352840
DATE 1/16/2020

| AMOUNT |
|---|
| $*****1055.08* |

NAME

GEMMA MEDINA FERNANDO
7122 LOCUST STREET
UPPER DARBY, PA 19082
****072319268

DIRECT DEPOSIT ACCOUNT

**NON-NEGOTIABLE**

**DIRECT DEPOSIT ADVICE**          **HARRAH'S OPERATING COMPANY, INC.**

PROPERTY: L10    DEPT NO: 00102

BULLETIN BOARD

1ST Pay stu
YR. 2020

If you do not opt-in to receive your W-2 electronically by January 16th, your W-2 will be mailed to your home address on record. Please log onto https://caesars.docagent.net to update your W-2 opt-in as well as your home address.

SPECIAL INFORMATION

| | | |
|---|---|---|
| PTO/VAC TAKEN PAY PD | TAX STATUS: M | CHECK NO: 20351782 |
| PTO/VAC AVAILABLE | EXEMPTIONS: FED: 00 STATE: 00 | CHECK DATE: 1/02/2020 |
| PTO/VAC TAKEN YTD 46.00 | STATE CODE: PA | PERIOD ENDING: 12/26/2019 |
| | ADD'L W/H: | PAY FREQUENCY: B |
| | | PRIMARY JOB BASE RATE: 5.1000 |

| | GROSS | PRE TAX | TAXABLE WAGES | TAXES | DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1688.64 | 102.05 | 1586.59 | 344.10 | 1242.49 | |
| Y-T-D | 1688.64 | 102.05 | 1586.59 | 344.10 | 1242.49 | |

### HOURS AND EARNINGS

| | | | CURRENT | | Y-T-D | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | EARNINGS | HOURS | EARNINGS | |
| REGULAR | 80.00 | 5.1000 | 408.00 | 80.00 | 408.00 | |
| OVERTIME | 1.00 | 8.7250 | 8.73 | 1.00 | 8.73 | |
| TOKES | 81.00 | | 1271.91 | 81.00 | 1271.91 | |
| TOTAL | 162.00 | | 1688.64 | 162.00 | 1688.64 | |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TX | 120.28 | 120.28 |
| FICA TAXES | 126.55 | 126.55 |
| PA EMER TX | 2.00 | 2.00 |
| PA LCL TAX | 45.48 | 45.48 |
| PA ST TAX | 50.78 | 50.78 |
| UNEMPLOYMT | 1.01 | 1.01 |
| SRPB PTAX | 67.55 | 67.55 |
| DEP LIFE | 2.37 | 2.37 |
| DENTAL | 4.00 | 4.00 |
| MEDICAL | 28.00 | 28.00 |
| VISION | 2.50 | 2.50 |
| DIRECT DEP | 1238.12 | 1238.12 |
| TOTAL | 1688.64 | 1688.64 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

CHESTER CASINO & RACETRACK
ONE HARRAH'S COURT
LAS VEGAS, NV 89119

VOID

NO. 20351782
DATE  1/02/2020

| AMOUNT |
|---|
| $*****1238.12* |

NAME    GEMMA MEDINA FERNANDO
7122 LOCUST STREET
UPPER DARBY, PA 19082
****072319268

DIRECT DEPOSIT ACCOUNT

**NON-NEGOTIABLE**

**DIRECT DEPOSIT ADVICE**                    **HARRAH'S OPERATING COMPANY, INC.**